291 So.2d 350

**Willie Lee DAVIS**

v.

**STATE.**

**3 Div. 147.**

Court of Criminal Appeals of Alabama.

Feb. 12, 1974.

After remand by the Supreme Court which reversed Ala.Cr.App., 52 Ala.App. 254, 291 So.2d 343.

Reversed and remanded to the Circuit Court on authority of 292 Ala. 210, 291 So. 2d 346, dated January 24, 1974.

291 So.2d 338

**Robert Joe JOHNSON**

v.

**STATE.**

**7 Div. 182.**

Court of Criminal Appeals of Alabama.

Feb. 12, 1974.

On reconsideration of Ala.Cr.App., 52 Ala.App. 248, 291 So.2d 335.

Judgment of Circuit Court affirmed on authority of 292 Ala. 208, 291 So.2d 336, dated January 24, 1974.

295 So.2d 430

**Frank James FINLEY**

v.

**STATE.**

**5 Div. 107.**

Court of Criminal Appeals of Alabama.

March 5, 1974.

Rehearing denied April 9, 1974.

Affirmed on authority of Finley v. State, dated January 24, 1974, 292 Ala. 424, 295 So.2d 428.

Certiorari denied, 292 Ala. ——, 295 So. 2d 431.

294 So.2d 768

**J. T. McCAGHREN**

v.

**STATE.**

**8 Div. 347.**

Court of Criminal Appeals of Alabama.

April 23, 1974.

AFTER REMAND.

Reversed and remanded to the Circuit Court on authority of McCaghren v. State, dated April 11, 1974, 292 Ala. 378, 294 So. 2d 766.